```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 01413
    DAVOR KRALJ
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0908

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/27/2007 and was not confirmed.

    The case was dismissed without confirmation 08/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG         .00            .00          .00
THE BUILDING GROUP         SECURED           6600.00            .00       304.85
FIRST PREMIER              UNSECURED        NOT FILED           .00          .00
DR HANHO KIM               UNSECURED        NOT FILED           .00          .00
DR HANHO KIM               UNSECURED        NOT FILED           .00          .00
ASSET ACCEPTANCE LLC       UNSECURED          518.46            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED           54.15            .00          .00
SWEDISH COVENANT HOSPITA   UNSECURED        NOT FILED           .00          .00
TELECOM USA                UNSECURED        NOT FILED           .00          .00
GLOBAL TELECOM             UNSECURED        NOT FILED           .00          .00
DIAGNOSTIC RADIOLOGIST     UNSECURED        NOT FILED           .00          .00
HARRIS BANK                UNSECURED        NOT FILED           .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00          .00
HSBC/CARSONS               UNSECURED        NOT FILED           .00          .00
COMMUNITY HOSPITAL UNIVE   UNSECURED        NOT FILED           .00          .00
LINCOLN PARK SAVINGS BAN   UNSECURED        NOT FILED           .00          .00
PATHOLOGY CONSULTANTS      UNSECURED        NOT FILED           .00          .00
ELITE TRUCK RENTAL         UNSECURED        NOT FILED           .00          .00
ADVANCED RADIOLOGY         UNSECURED        NOT FILED           .00          .00
OSCO DRUGS                 UNSECURED        NOT FILED           .00          .00
OSCO DRUGS                 UNSECURED        NOT FILED           .00          .00
OSCO DRUGS                 UNSECURED        NOT FILED           .00          .00
HOFFMAN PHYSICIANS         UNSECURED        NOT FILED           .00          .00
SZANTO MARTIN J MD         UNSECURED        NOT FILED           .00          .00
COMCAST CABLE COMMUNICAT   UNSECURED        NOT FILED           .00          .00
RX ACQUISITIONS LLC        UNSECURED         1423.04            .00          .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE        .00             .00          .00
TRIAD FINANCIAL CORP       UNSECURED         9279.73            .00          .00
CHASE HOME FINANCE LLC     NOTICE ONLY     NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   UNSECURED         1496.16            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY          6501.46            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        343.00                      343.00
TOM VAUGHN                 TRUSTEE                                         45.57
DEBTOR REFUND              REFUND                                         606.58


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 01413 DAVOR KRALJ
```

Summary of Receipts and Disbursements:

```
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,300.00

PRIORITY                                               .00
SECURED                                             304.85
UNSECURED                                              .00
ADMINISTRATIVE                                      343.00
TRUSTEE COMPENSATION                                 45.57
DEBTOR REFUND                                       606.58
                        ---------------      ---------------
TOTALS                   1,300.00                 1,300.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE